**DISMISS and Opinion Filed May 31, 2022**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00336-CV

**KULDIP SINGH KHOKHER AND GURDIP KAUR, Appellants**
**V.**
**JAGMOHAN DHILLON, TODD HANAN,**
**AND JESSIE GREWAL, Appellees**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-04508-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Garcia
Opinion by Justice Molberg

Before the Court is appellants' motion requesting dismissal of the appeal because they no longer wish to pursue it. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

|  | /Ken Molberg// |
|---|---|
| 220336f.p05 | KEN MOLBERG |
|  | JUSTICE |



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

KULDIP SINGH KHOKHER AND
GURDIP KAUR, Appellants

No. 05-22-00336-CV     V.

JAGMOHAN DHILLON, TODD
HANAN, AND JESSIE GREWAL,
Appellees

On Appeal from the 416th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 416-04508-
2020.
Opinion delivered by Justice
Molberg. Justices Reichek and
Garcia participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellees JAGMOHAN DHILLON, TODD HANAN,
AND JESSIE GREWAL recover their costs of this appeal from appellants KULDIP
SINGH KHOKHER AND GURDIP KAUR.

Judgment entered this 31ˢᵗ day of May, 2022.